OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. JORDAN

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. JORDAN
2023 OK 71
Case Number: SCBD-7504
Decided: 06/19/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2023 OK 71, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION

 

 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
COURTNEY RAE JORDAN, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 The Oklahoma Bar Association (OBA), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings (RGDP), forwarded to this Court certified copies of the Indictment, Petition to Enter Plea of Guilty and Order Entering Plea, Plea Agreement Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and Judgment In A Criminal Case in the criminal matter of United States v. Courtney Rae Jordan, Case No. 4:22-CR-00255-001-GKF, in the United States District Court for the Northern District of Oklahoma. On May 18, 2023, Courtney Rae Jordan entered a plea of guilty to Eluding Police Officers in Indian Country, a misdemeanor and felony crime pursuant to 18 U.S.C. §§ 1151, 1152, 13 and 21 O.S. § 540(A)(a)-(b). The Court sentenced Courtney Rae Jordan to probation for a term of one year.

¶2 Rule 7.2 of the RGDP provides that a certified copy of a plea of guilty, an order deferring judgment and sentence, or information and judgment and sentence of conviction "shall constitute the charge and be conclusive evidence of the commission of the crime upon which the judgment and sentence is based and shall suffice as the basis for discipline in accordance with these rules."

¶3 Rule 7.3 of the RGDP provides: "upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court."

¶4 Having received certified copies of these papers and orders, this Court orders that Courtney Rae Jordan is immediately suspended from the practice of law. Courtney Rae Jordan is directed to show cause, if any, no later than July 5, 2023, why this order of immediate interim suspension from the practice of law should be set aside. See Rule 7.3, RGDP. The OBA has until July 19, 2023, to respond.

¶5 Pursuant to Rule 7.4 of the RGDP, Courtney Rae Jordan has until August 3, 2023, to show cause in writing why a final order of discipline should not be made. The written return shall be verified and expressly state whether a hearing is desired. The lawyer may, in the interest of explaining the conduct or by way of mitigating the discipline to be imposed, file a brief and/or any evidence tending to mitigate the severity of discipline. The OBA has until August 17, 2023, to respond.

¶6 DONE BY ORDER OF THE SUPREME COURT this 19th day of June, 2023.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA